IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| BARRY EMMETT | § | |
| VS. | § | CIVIL ACTION NO. 9:22cv4 |
| WARDEN DICKERSON, ET AL. | § | |

### MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Barry Emmett, an inmate at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought the above-styled lawsuit.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends the action be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings.  Plaintiff filed objections to the Magistrate Judge's Report and Recommendation.[1]  This requires a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R. CIV. P. 72(b).

After careful consideration, the court concludes plaintiff's objections are without merit.  For the reasons set forth in the Report, plaintiff may not proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915(g).

---

[1] Plaintiff filed a "Notice to the Court" (ECF No. 9).  Interpreted liberally, plaintiff's notice is construed as objections to the Report and Recommendation of the Magistrate Judge.

<u>O R D E R</u>

Accordingly, plaintiff's objections are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED** this the **1**   day of **June, 2022.**

Thad Heartfield
United States District Judge